1  Steven A. Silverstein, SBN 64610
2  Mark W. Huston, SBN 119872
   LAW OFFICES OF SILVERSTEIN & HUSTON
3  701 South Parker Street, Suite 5500
   Orange, California 92868
4  714-547-2511
   714-547-0230 (fax)
5

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 2 5 2006

ALAN SLATER, Clerk of the Court
Denise Drehsen
BY D. DREHSEN

6  Attorneys for Plaintiff, AAA BLUEPRINT & DIGITAL REPROGRAPHICS.

**RECEIVED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 2 8 2006

7

8

9

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

10
11  AAA BLUEPRINT & DIGITAL
    REPROGRAPHICS, a California corporation
12
         Plaintiff,
13
    v.
14
    JIMMY IBARRA, an individual; ALLIANCE
15  REPROGRAPHICS, a business entity form
    unknown; and DOES 1 through 50, inclusive,
16
17         Defendants.

CASE NO. 05CC07362

Judge William M. Monroe
Dept. C11

[~~PROPOSED~~] JUDGMENT

Complaint filed:  June 17, 2005
Trial Date:       June 12, 2006

18

19         The above cause came on regularly for trial on June 12, 2006, continuing on June 13,

20  14, 15, 19, 20, 21, 22 and July 19 and 20 in Department C11 on the above entitled court, the

21  Honorable William M. Monroe, Judge, presiding, sitting without a jury, a jury having been

22  expressly waived.

23         Steven A. Silverstein of Silverstein & Huston appeared as counsel for Plaintiff, AAA

24  BLUEPRINT & DIGITAL REPROGRAPHICS, and Philip L. Hummel, IV and Phillip Geurts

25  of the Law Offices of Philip L. Hummel, IV appeared on behalf of Defendants, JIMMY

26  IBARRA and ALLIANCE REPROGRAPHICS.

27         The Court having submitted its Statement of Decision both orally and in writing;

28  ///

NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED as follows:

1.    Plaintiff, AAA BLUEPRINT & DIGITAL REPROGRAPHICS, is entitled to Judgment as against Defendants, JIMMY IBARRA and ALLIANCE REPROGRAPHICS, jointly and severally on its First, Second, Third, Fourth, Fifth and Sixth Causes of Action in the amount of $60,000;

2.    No relief is granted to Plaintiff on the Seventh Cause of Action for Constructive Trust;

3.    Under the First, Third, Fourth, Fifth and Sixth Causes of Action, Plaintiff is also to recover punitive damages in the amount of $120,000;

4.    The above monetary amounts are not cumulative, and therefore Plaintiff is to recover $180,000 in total, together with costs and attorneys' fees, if appropriate, in accordance with a memorandum of costs and/or noticed motion in the amount of $_____.

Dated: AUG 2 5 2006 _____

JUDGE WILLIAM M. MONROE

William M. Monroe, Judge
Orange County Superior Court

B9A (Official Form 9A) (Chapter 7 I<sub>n</sub>  dual or Joint Debtor No Asset Case) (12/07)

## UNITED STATES BANKRUPTCY COURT         Central District Of California

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 31, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Dennis Adrian Vazquez<br>234 Honeysuckle Lane<br>Brea, CA 92821 | **Case Number:**<br>**8:09–bk–19259–RK** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: 567–87–6028 |
| Attorney for Debtor(s) (name and address):<br>John L Greifendorff<br>333 City Blvd West 17th Flr<br>Orange, CA 92868<br>Telephone number:  714–888–5867 | Bankruptcy Trustee (name and address):<br>John M Wolfe<br>5450 Trabuco Road<br>Irvine, CA 92620–5704<br>Telephone number:  (800) 436–4646 |

### Meeting of Creditors

Date:  **October 15, 2009**                              Time:  **10:00 AM**
Location: 411 W Fourth St., Room J–110, Santa Ana, CA 92701

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: December 14, 2009**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number:  714–338–5300 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  September 1, 2009 |
| (Form rev. 12/07:341–B9A) | |

**RECEIVED** SEP 0 4 2009