Steven A. Silverstein, SBN 64610
Mark W. Huston, SBN 119872
LAW OFFICES OF SILVERSTEIN & HUSTON
701 South Parker Street, Suite 5500
Orange, California 92868
714-547-2511
714-547-0230 (fax)

Attorneys for Plaintiff, AAA BLUEPRINT & DIGITAL REPROGRAPHICS,

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 1 1 2006

ALAN SLATER, Clerk of the Court
Denise Drehsen
BY D. DREHSEN

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| AAA BLUEPRINT & DIGITAL REPROGRAPHICS, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>JIMMY IBARRA, an individual; ALLIANCE REPROGRAPHICS, a business entity form unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 05CC07362<br><br>Judge William M. Monroe<br>Dept. C11<br><br>ORDER RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES<br><br>Complaint filed: June 17, 2005<br>Trial Date: June 12, 2006 |

IT IS HEREEBY ORDERED that:

1.   Plaintiff, AAA BLUEPRINT & DIGITAL REPROGRAPHICS, is entitled to attorneys' fees in accordance with this Court's Ruling on Plaintiff's noticed motion for attorneys' fees in the amount of $71,510.50;

2.   Said amount is to be added to the previously entered Judgment.

Dated: DEC 1 1 2006

JUDGE WILLIAM M. MONROE
_____
William M. Monroe, Judge
Orange County Superior Court

1
ORDER RE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES