1  Steven A. Silverstein, Bar No. 64610
   Mark W. Huston, Bar No. 119872
2  Robert I. Cohen, Bar No. 168686
   Law Offices of SILVERSTEIN & HUSTON
3  701 South Parker Street, Suite 5500
   Orange, CA 92868
4  Tel. (714) 547-2511
   Fax (714) 547-0230
5
   Attorneys for Plaintiff, AAA BLUEPRINT & DIGITAL REPROGRAPHICS, INC.
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

10

11 | AAA   BLUEPRINT   &   DIGITAL ) Case No. 05CC07362
   | REPROGRAPHICS, INC., a California ) [Unlimited Civil Jurisdiction]
12 | California corporation,            )
                                        ) Assigned for all purposes to:
13 |     Plaintiff,                     ) JUDGE WILLIAM MONROE
                                        ) DEPARTMENT C11
14 | v.                                 )
                                        ) **NOTICE OF RULING GRANTING**
15 | JIMMY   IBARRA,   an   individual; ) **PLAINTIFF'S MOTION FOR**
   | ALLIANCE REPROGRAPHICS, a business ) **POSTJUDGMENT ATTORNEY FEES**
16 | entity form unknown; and DOES 1 through )
   | 50, inclusive,                     ) DATE:   February 5, 2008
17                                      ) TIME:   2:00 p.m.
                                        ) DEPT:   C11
18 |     Defendants.                    )
                                        ) Complaint Filed: June 17, 2005
19                                      ) Trial Date:      June 12, 2006
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )

24

25                              [RECEIVED stamp]
26                              FEB 07 2008
27                              by_____
28

                                        1

Notice of Ruling Granting Plaintiff's Motion for Postjudgment Attorney Fees

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 5, 2008, at 2:00 p.m., in Department C11 of the above-entitled court, located at 700 Civic Center Drive West, Santa Ana, California 92701, Plaintiff AAA BLUEPRINT & DIGITAL REPROGRAPHICS, INC.'s ("Plaintiff") motion for an order granting it recovery of attorney fees following appeal came on regularly before the court.

Robert I. Cohen of Silverstein & Huston appeared on behalf of Plaintiff, AAA Blueprint & Digital Reprographics, Inc. No appearance was made on behalf of Defendants Jimmy Ibarra and Alliance Reprographics.

After consideration of the moving papers and oral argument, the Court GRANTED the motion and awarded Plaintiff Blueprint & Digital Reprographics, Inc. post judgment attorney fees in the amount of $28,890.50 and $40 in filing fees.

DATED: February 5, 2008

SILVERSTEIN & HUSTON

By: _____
Mark W. Huston
Robert I. Cohen
Attorneys for Plaintiff, AAA BLUEPRINT & DIGITAL REPROGRAPHICS, INC.