FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUL 30 2009

ALAN CARLSON, Clerk of the Court

BY B ZUANICH

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| AAA BLUEPRINT & DIGITAL REPROGRAPHICS, INC., a California California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS ADRIAN VAZQUEZ; an individual; MELISSA HUERTA, an individual; ALL BLUEPRINT, INC., a Nevada corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 30-2007-00100248<br><br>[PROPOSED] JUDGMENT AFTER TRIAL BY COURT<br><br>DATE: July 20, 2009<br>TIME: 9:00 a.m.<br>DEPT: C23<br><br>Assigned for all purposes to:<br>JUDGE ROBERT J. MOSS<br>DEPARTMENT C23<br><br>Complaint Filed: December 13, 2007<br>Trial Date: July 20, 2009 |

1

Judgment After Trial by Court

1	On July 20 and 21, 2009, trial of the above-captioned matter proceeded before the court,
2	without a jury, before the Honorable Robert J. Moss, Judge presiding.
3	Steven A. Silverstein appeared on behalf of Plaintiff AAA BLUEPRINT & DIGITAL
4	REPROGRAPHICS, INC., and Francis Sakamaki of Sakamaki & Baumgartner LLP appeared
5	on behalf of Defendants DENNIS ADRIAN VAZQUEZ, MELISSA HUERTA and ALL
6	BLUEPRINT, INC.
7	Having considered the evidence and argument of counsel, the court issued its Minute
8	Order of July 27, 2009, which found that defendants Dennis Adrian Vazquez and All Blueprint,
9	Inc. are the alter ego of Alliance Reprographics, Inc. in relation to the judgment in action *AAA*
10	*Blueprint & Digital Reprographics, Inc. v. Jimmy Ibarra*, et al., Orange County Superior Court
11	Case No. 05CC07362.
12	The court also found that Melissa Huerta and Dennis Adrian Vazquez are the alter ego
13	of All Blueprint, Inc.
14	The court further found that Dennis Adrian Vazquez, Melissa Huerta and All Blueprint,
15	Inc. conspired to fraudulently transfer and did fraudulently transfer assets from Alliance
16	Reprographics, Inc. to All Blueprint, Inc. for the purpose of hindering judgment creditor AAA
17	Blueprint & Digital Reprographics, Inc. from collecting its judgment against Alliance
18	Reprographics. The court, based on a lack of substantial evidence of Defendants' net worth, did
19	not grant further punitive damages.
20	The court further issued an immediate injunction as of July 27, 2009, against each
21	Defendant enjoining them from selling conveying, transferring, encumbering, hypothecating,
22	distributing or disposing of any assets (including leased equipment) pending appointment of a
23	receiver. This injunction shall not apply to regular payroll, taxes, insurance premiums, rent,
24	utilities and other regular and normal business expenses nor shall it apply to regular and normal
25	living expenses for the individual defendants.
26	The court further ordered a receiver be appointed to control the assets of all Defendants
27	for the purpose of satisfying the judgment.
28	Finally, the court ordered a writ of attachment to issue for all property of all Defendants.

NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED that the judgment rendered in the case *AAA Blueprint & Digital Reprographics, Inc. v. Jimmy Ibarra*, et al., Orange County Superior Court Case No. 05CC07362, for $285,615.64 will be and hereby is amended to include Defendants DENNIS ADRIAN VAZQUEZ, MELISSA HUERTA and ALL BLUEPRINT, INC. as additional judgment debtors and liable, jointly and severally, on the judgment as if originally named therein.

IT IS FURTHER ADJUDGED, ORDERED AND DECREED that Plaintiff AAA BLUEPRINT & DIGITAL REPROGRAPHICS, INC. is the prevailing party, and as such, shall have and recover judgment on the complaint against Defendants DENNIS ADRIAN VAZQUEZ, MELISSA HUERTA and ALL BLUEPRINT, INC. of costs and disbursements of $ _____ in accordance with a timely filed memorandum of costs, together with attorney fees of $ _____ in accordance with a timely filed motion for attorney fees, for a total additional monetary amount to be added to the underlying judgment of $ _____.

IT IS FURTHER ADJUDGED, ORDERED AND DECREED that Defendants DENNIS ADRIAN VAZQUEZ, MELISSA HUERTA and ALL BLUEPRINT, INC. be enjoined from selling conveying, transferring, encumbering, hypothecating, distributing or disposing of any assets (including leased equipment) pending appointment of a receiver. This injunction shall not apply to regular payroll, taxes, insurance premiums, rent, utilities and other regular and normal business expenses nor shall it apply to regular and normal living expenses for the individual defendants. This injunction shall remain in effect until satisfaction of the judgment in full or further order of this court.

DATED: 7/30/09

/s/ ROBERT J. MOSS
Honorable Robert J. Moss
Judge of the Orange County Superior Court

3

Judgment After Trial by Court